| | |
|---|---|
| 1 | OSHA LIANG LLP |
|   | TAMMY J. TERRY (SBN 230283) |
| 2 | terry@oshaliang.com |
|   | 909 Fannin Street, Ste. 3500 |
| 3 | Houston, TX  77010 |
|   | Telephone:    713-228-8600 |
| 4 | Facsimile:     713-228-8600 |
| 5 | |
|   | MAYER BROWN LLP |
| 6 | MICHAEL A. MOLANO (SBN 171057) |
|   | mmolano@mayerbrown.com |
| 7 | JENNIFER T. LORCH (SBN 267647) |
|   | jlorch@mayerbrown.com |
| 8 | Two Palo Alto Square, Suite 300 |
|   | 3000 El Camino Real |
| 9 | Palo Alto, CA 94306-2112 |
|   | Telephone:    650-331-2000 |
| 10 | Facsimile:     650-331-2060 |
| 11 | Attorneys for Defendants |
|    | STANDARD INNOVATION (US) CORP., and |
| 12 | STANDARD INNOVATION CORPORATION |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LELO, INC., | Case No. CV 13-01393 LHK |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| STANDARD INNOVATION (US) CORP. AND STANDARD INNOVATION CORPORATION, | |
| Defendants. | |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

2  PLEASE TAKE NOTICE THAT Michael A. Molano and Jennifer T. Lorch of Mayer Brown
3  LLP hereby associate as counsel on behalf of Defendants Standard Innovation (US) Corp. and Standard
4  Innovation Corporation in the above-captioned action. All pleadings and other papers served on
5  Defendants should also be directed to the attention of:

| Michael A. Molano | Jennifer T. Lorch |
|---|---|
| MAYER BROWN LLP | MAYER BROWN LLP |
| Two Palo Alto Square, Suite 300 | Two Palo Alto Square, Suite 300 |
| 3000 El Camino Real | 3000 El Camino Real |
| Palo Alto, CA 94306-2112 | Palo Alto, CA 94306-2112 |
| Telephone: 650-331-2000 | Telephone: 650-331-2000 |
| Facsimile: 650-331-2060 | Facsimile: 650-331-2060 |
| mmolano@mayerbrown.com | jlorch@mayerbrown.com |

Dated: March 28, 2014                    MAYER BROWN LLP

By: /s/Michael A. Molano

Michael A. Molano
Attorney for Defendants
STANDARD INNOVATION (US) CORP. AND
STANDARD INNOVATION CORPORATION