**OSHA LIANG LLP**
Tammy J. Terry (SBN 230283)
909 Fannin Street, Ste. 3500
Houston, TX 77010
Tel.: 713-228-8600
Fax: 713-228-8600
terry@oshaliang.com

**MAYER BROWN LLP**
Michael A. Molano (SBN 171057)
mmolano@mayerbrown.com
Jennifer T. Lorch (SBN 267647)
jlorch@mayerbrown.com
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
Tel.: 650-331-2000
Fax: 650-331-2060

*Attorneys for Defendants*
*Standard Innovation (US) Corp., and*
*Standard Innovation Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LELO, INC., <br><br> Plaintiff, <br><br> v. <br><br> STANDARD INNOVATION (US) CORP., and STANDARD INNOVATION CORPORATION, <br><br> Defendants. | Case No. 5:13-CV-01393-JD <br><br> **RE-NOTICE OF MOTION TO STAY PENDING *INTER PARTES* REVIEW PURSUANT TO ORDER REASSIGNING CASE (DKT. NO. 32, ¶ 7)** <br> Date: June 4, 2014 <br> Time: 9:30 a.m. <br> Judge: Hon. James Donato <br> Courtroom: Courtroom 11, 19th Floor, San Francisco |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that pursuant to this Court's Order Reassigning Case and Order to File Joint Case Management Statement, the previously set motion hearing date of May 28, 2014 has been vacated and Defendants' Motion to Stay Pending *Inter Partes* Review will now be brought on **Wednesday, June 4, 2014 at 9:30 a.m.** for re-hearing during a case management conference before the Honorable James Donato, District Judge for the Northern District of California, San Francisco Division, located at the United States Courthouse, 450 Golden Gate Avenue, Courtroom 11, 19th Floor, San Francisco, California 94102.

In support of the re-hearing for the stay motion, Defendants identify the following papers from the prior motion that has been fully briefed by both sides:

1. Defendants' Motion to Stay Pending IPR, Declaration of Tammy J. Terry in Support of Motion to Stay, Exhibits, and Proposed Order (Dkt. Nos. 22-23, filed Nov. 15, 2014);

2. Plaintiff's Response in Opposition to Motion to Stay (Dkt. No. 24, filed Dec. 2, 2014); and,

3. Defendants' Reply in Support of Motion to Stay (Dkt. No. 25, filed Dec. 9, 2014).

PROCEDURAL BACKGROUND

On April 3, 2014, the Honorable Lucy H. Koh of this Court held a case management conference and motion hearing on the motion to stay that had been filed by Defendants Standard Innovation Corporation and Standard Innovation (US) Corp. (jointly, "Standard Innovation") on November 15, 2014.

During the hearing, the Court asked counsel for Plaintiff and Defendants various questions pertaining to the motion and briefing. Plaintiff also requested and was given an

opportunity to provide oral argument as to why the stay should not be granted (in addition to having answered questions posed by the Court).  The Court stated that she would not grant the motion at this time, but would likely grant it upon institution of *inter partes* review by the Patent Trials and Appeals Board (PTAB) of the United States Patent and Trademark Office.  The Court set another case management conference on May 28, 2014, to allow sufficient time for PTAB to issue its determination regarding initiating IPR (which is due by May 13, 2014) and ruled as follows:

> Defendants' motion to stay pending *inter partes* review (ECF No. 22) is DENIED without prejudice to re-filing in the event that the PTAB decides to institute review.  If the PTAB institutes review, within three days of the institution decision, the parties shall simultaneously file two-page statements addressing whether the case should be stayed.  Defendants' two-page statement shall also include Standard Innovation (US) Corp.'s agreement to be bound by any estoppel resulting from *inter partes* review.

(Dkt. No. 30).

On April 16, 2014, pursuant to this Court's Order Reassigning Case and Order to File Joint Case Management (Dkt. No. 32), this case was reassigned and the hearing date was reset. (Dkt. No. 32 at ¶7).

Pursuant to that Order, the parties will be filing a Revised Joint Case Management Statement and Standard Innovation submits this re-notice to set the hearing on **Wednesday, June 4, 2014 at 9:30 a.m.**, or on another date and time convenient for the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  April 29, 2014 | **OSHA LIANG LLP** |
|  | */s/Tammy J. Terry*<br>Tammy J. Terry<br>909 Fannin Street, Ste. 3500<br>Houston, TX  77010<br>terry@oshliang.com |

Case3:13-cv-01393-JD   Document32   Filed04/29/14   Page4 of 4

**MAYER BROWN LLP**
Michael A. Molano (SBN 171057)
mmolano@mayerbrown.com
Jennifer T. Lorch (SBN 267647)
jlorch@mayerbrown.com
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Tel.: 650-331-2000
Fax: 650-331-2060

*Attorneys for Defendants*
*Standard Innovation (US) Corp., and*
*Standard Innovation Corporation*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2014, the foregoing document was served on all counsel of record by filing the document with the Clerk of the Court using the CM/ECF system, which provides electronic notification to all counsel of record in this case.

/s/Tammy J. Terry
Tammy J. Terry

NOTICE OF MOTION TO STAY PENDING
*INTER PARTES* REVIEW HEARING

4

Case No. 5:13-CV-01393-JD