# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: 6/4/14        Judge: James Donato

Time: 11 minutes

Case No.    **C-13-1393-JD**
Case Name    **Lelo, Inc. v. Standard Innovation (US) Corp. et al**

Attorney(s) for Plaintiff(s):    Hector J. Ribera/Lauren Estelle Whittemore
Attorney(s) for Defendant(s):    Michael A. Molano/Tammy Jay Terry

Deputy Clerk: Lisa Clark        Court Reporter: Debra Pas

## PROCEEDINGS

Motion to Stay Pending Inter Partes Review - Oral Argument Held

## RESULT OF HEARING

As indicated on the record, the Court is inclined to grant the stay.

The Court orders the parties to submit declarations by their respective clients, no later than June 11, 2014, identifying which, if any, Lelo products currently available for sale in the United States directly compete with Standard Innovation's products that allegedly infringe the '178 patent. The declarations must also explain why the products are properly deemed to compete or not to compete for sales. The declarations should not exceed 5 pages in length. The Court will issue a written order after receiving and considering the declarations.

All dates currently scheduled are vacated.